# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., <br> UNILOC LUXEMBOURG, S.A. and <br> UNILOC 2017 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HUAWEI DEVICE USA, INC. and <br> HUAWEI DEVICE CO., LTD., <br><br> Defendants. | Civil Action No. 2:18-cv-00073-JRG-RSP |

## ORDER

On this day, the Court considered the Stipulation of Dismissal without Prejudice filed by Plaintiffs, Uniloc USA, Inc., Uniloc Luxembourg, S.A., and Uniloc 2017 LLC (collectively "Uniloc"), and Defendants, Huawei Device USA, Inc. and Huawei Device Co. Ltd. ("Huawei"). The Court is of the opinion that the Stipulation is well-taken and the case should be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is hereby **ORDERED** that Uniloc's action against Huawei is **DISMISSED WITHOUT PREJUDICE**. All other claims, counterclaims, defenses and relief requested between Uniloc and Huawei in the above-captioned action are dismissed. It is further **ORDERED** that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them. The Clerk is directed to **CLOSE** the above-captioned case.

**So Ordered this**
**Apr 5, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE